1  WHITNEY A. DAVIS, #149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   Telephone:    (916) 448-9000
4  Facsimile:    (916) 448-9009

5  Attorneys for VIAD CORP, and THE DIAL
   CORPORATION, individually
6  and as alleged successors-in-interest
   to Griscom-Russell Company
7

FILED

AUG 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                                              **EDL**

**C 07 4155**

                                    )   Federal Case No.
11 ROBERT GARRITANO,                )
                                    )   State Case No. **CGC 06-452792**
12              Plaintiff,          )
                                    )
13         v.                       )   **NOTICE OF REMOVAL OF ACTION**
                                    )   **PURSUANT TO 28 U.S.C. SECTIONS**
14 ASBESTOS DEFENDANTS (B✤P) As     )   **1442(a)(1) AND 1446(a)**
   Reflected on Exhibits B, B-1, C, H, I; and )
15 DOES 1-8500.                     )
                                    )   **BY FAX**
16              Defendants.         )
                                    )
17

18         **TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

19         **PLEASE TAKE NOTICE** that Defendant,VIAD CORP, and THE DIAL

20 CORPORATION, individually and as alleged successors-in-interest to Griscom-Russell

21 Company (hereinafter "VIAD"), hereby removes to this Court the state court action described

22 below, pursuant to 28 U.S.C. sections 1442(a)(1) and 1446(a).

23                        **PRELIMINARY MATTERS**

24         1.    On June 1, 2006, Plaintiff ROBERT GARRITANO, filed this lawsuit

25 ("Complaint") in the Superior Court of the State of California, County of San Francisco, Case

26 No. CGC 06-452792, and entitled ROBERT GARRITANO vs. ASBESTOS DEFENDANTS,

27 et al. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

28 ///

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

                                    1

1      2.      Defendant VIAD first received the Complaint on July 11, 2007, with a Summons

2  reflecting that service of process took place by process server on VIAD's authorized agent on

3  July 11, 2007.  A true and correct copy of the summons is attached hereto included in Exhibit

4  "B".

5      3.      This Notice of Removal is timely in that it is filed within 30 days of service of the

6  Complaint, with three additional days added by Rule 6 by which VIAD received its first notice

7  of the facts indicating that the case was removable within the meaning of 28 U.S.C. §1446(b).

8                          **NATURE OF THE CASE**

9      4.      This case is based upon Plaintiff ROBERT GARRITANO developed an asbestos-

10  related disease, specifically asbestosis, allegedly caused by his exposure to asbestos dust and/or

11  fibers.

12      5.      Plaintiffs assert negligence, strict product liability, false representation, concert of

13  action, and fraud, against VIAD.

14                          **CONCLUSION**

15      6.      Removal of this action is proper under 28 U.S.C. §1442, because it is a civil action

16  brought in a state court, and the federal district courts have original jurisdiction over the subject

17  matter pursuant to 28 U.S.C. §1442(a)(l) because VIAD CORP, as the alleged successor-in-interest

18  to Griscom-Russell Company, was acting under an officer or agency of the United States

19  government, namely the United States Navy.

20      THEREFORE, VIAD, pursuant to these statutes and in conformance with the requirements

21  set forth in 28 U.S.C. §1446, remove this action for trial from the Superior Court of the State of

22  California for the County of San Francisco.

23  Dated: August 13, 2007                **CHARTER DAVIS, LLP**

24

25                          By:      /s/ Whitney A. Davis

26                                   Attorneys for Defendant Viad Corp, individually and
                                     as alleged successor-in-interest to Griscom-Russell
27                                   Company

28

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

2

**EXHIBIT A**

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8              SUPERIOR COURT OF CALIFORNIA

9              COUNTY OF SAN FRANCISCO

10

11  ROBERT GARRITANO,                        )    No. CGC-06-452792
                                             )
12              Plaintiff,                    )
                                             )
13  vs.                                      )    COMPLAINT FOR PERSONAL INJURY -
                                             )    ASBESTOS
14  ASBESTOS DEFENDANTS (B❖P)                )
    As Reflected on Exhibits B, B-1, C, H,   )
15  I; and DOES 1-8500; and SEE              )
    ATTACHED LIST.                           )
16  ─────────────────────────────────────

17      1.      Plaintiff ROBERT GARRITANO was born December 15, 1931.

18      2.      The ©Brayton❖Purcell Master Complaint for Personal Injury |and Loss of

19  Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

20  Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

21  obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint

22  are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

23  Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

24  ///

25  ///

26  ///

27

28

ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Stamp:
ENDORSED
FILED
San Francisco County Superior Court
JUN 1 2006
GORDON PARK-LI, Clerk
BY: CRISTINA E. BAUTISTA
Deputy Clerk
CASE MANAGEMENT CONFERENCE SET
JUN 2 1 2007 -11PM
DEPARTMENT 206

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ⊠ | ⊠ | ☐ | ☐ | ☐ | | | | | | ☐ | ☐ | ☐ |
| Second (Strict Liability) | ⊠ | ⊠ | | | | | ☐ | | | | ☐ | ☐ | |
| Third (False Representation) | ⊠ | ⊠ | | | | | ☐ | | | | | | |
| Fourth (Loss of Consortium) | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fifth (Premises Owner/ Contractor Liability) | ⊠ | ⊠ | ⊠ | ☐ | | | | | | | | | |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | | | | | | | | | | |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☐ | | | | | | | | |
| Tenth, Eleventh (F.E.L.A.) | | | | | | ☐ | | | | | | | |
| Twelfth, Thirteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | |
| Fourteenth, Fifteenth (Brake Shoe Grinding) | | | | | | | ☐ | ⊠ | | | | | |
| Sixteenth (Concert of Action) | | | | | | | | | ⊠ | | | | |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) | | | | | | | | | | ☐ | | | |
| Nineteenth (Fraud/Deceit/ Intentional Misrepresentation) | | | | | | | | | | | | | |
| Twentieth (Fraud/Deceit - Kent) | | | | | | | | | | | ⊠ | | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1       3.     Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3       4.     Plaintiff's claims against defendant VIACOM, INC. (successor by merger to

4  CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

5  CORPORATION) exclude military and federal government jobsites.

6  Dated: _____               BRAYTON❖PURCELL LLP

7

8                                    By: _____

9                                    David R. Donadio
                                      Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## EXHIBIT A

2   Plaintiff's exposure to asbestos and asbestos-containing products occurred at various

3   locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Navy | Naval Training Center Great Lakes, IL | Trainee | 1950 |
| | U.S.S. GENERAL GEORGE M. RANDALL (AP-115); Mare Island Naval Shipyard, Vallejo, CA | Fireman | 1951-1952 |
| | U.S.S. HORNET (CVA-12); Brooklyn Naval Shipyard, Brooklyn, NY | Boiler Operator | 1953 |
| | U.S.S. LAKE CHAMPLAIN (CVA-39) | Boiler Operator | 1954 |
| Crosby Valve and Gauge Wrentham, MA | Crosby Valve and Gauge Wrentham, MA | Service Technician | 1957-1974 |
| | Chevron (Standard) Richmond, CA | | |
| | Mobil Oil Joliet, Illinois | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Standard Oil Joliet, Illinois | | |
| | Murphy Oil, Superior, WI | | |
| | Rail Road Turnaround, Chicago, IL | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Sugar Creek, MO | | |

28   ///                                                                     EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Crosby Valve and Gauge Wrentham, MA (cont'd.) | Lion Oil Company El Dorado, AR | Service Technician | 1957-1974 |
| | Clark Oil Blue Island, IL | | |
| | Amoco Oil Whiting, IL | | |
| | Marathon Oil Co. Detroit, MI | | |
| | Koch Refinery St. Paul, MN | | |
| | Marathon Oil Co. St. Paul Park, MN | | |
| | U.S. Steel Gary, Indiana | | |
| | Masonite Corp. Laurel, MS | | |
| | Union Carbide, Address unknown | | |
| | Various ships at Dafoe Shipbuilding Bay City, MI including but not limited to: | | |
| | HMAS PERTH (Australian Navy) | | |
| | HMAS HOBART (Australian Navy) | | |
| Protectoseal Co. Chicago, IL | Protectoseal Co. Chicago, IL | Sales Manager | 1974-1976 |
| | Standard Oil Sugar Creek, MO | | |
| | Exxon Refinery, Baton Rouge, LA | | |
| | Citgo Petroleum Corp. Lake Charles, LA | | |

///

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Protectoseal Co. Chicago, IL (cont'd.) | Marathon Oil St. Paul Park, MN | Sales Manager | 1974-1976 |
| | Owens-Illinois Glass Alton, IL | | |
| | Dow Chemical East St. Louis, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Lemont Refining, Lemont, IL | | |
| | Chevron (Standard) Richmond, CA | | |
| Fike Metal Products Blue Springs, Missouri | Fike Metal Products Blue Springs, Missouri | Sales Manager | 1976-1979 |
| | Exxon Baton Rouge, LA | | |
| | Standard Oil Sugar Creek, MO | | |
| | Shell Oil Martinez, CA | | |
| | Mobil Chickasaw, AL | | |
| | Shell Chemical Saraland, AL | | |
| | Lion Oil Company El Dorado, AR | | |
| | Chevron (Standard) Richmond, CA | | |
| | Lemont Refining Lemont, IL | | |
| | Clark Oil Blue Island, IL | | |

///

EXHIBIT A

6

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Shell Oil Wood River, IL | Sales Manager | 1976-1979 |
| | Unknown location, Mount Vernon, IL | | |
| | Amoco Whiting, Indiana | | |
| | El Dorado Refining Co. El Dorado, KS | | |
| | Farmland Industries Inc., Coffeyville, KS | | |
| | Continental Oil, Westlake, LA | | |
| | Marathon Oil Garyville, LA | | |
| | Citgo Petroleum Corp., Lake Charles, LA | | |
| | Marathon Oil Detroit, MI | | |
| | Koch Oil St. Paul, MN | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Phillips 66 Co. Kuparuk (Anchorage), AK | | |
| | Chevron (Standard Oil) Honolulu, HI | | |
| | Dow Chemical East St. Louis, IL | | |
| | Owens-Illinois Glass Alton, IL | | |

///                                                                                    EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1                                    EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Irwin Chemical Co. Des Moines, Iowa | Sales Manager | 1976-1979 |
| | USI Chemical Co. Clinton, Iowa | | |
| Crane Valves Nuclear Division Atlanta, GA | Crane Valves Atlanta, GA | Sales Manager (Regional) | 1979-1985 |
| | Crystal River Powerhouse (Florida Power & Light Co.) FL; Turkey Point Powerhouse (Florida Power & Light Co.) Homestead, FL; St. Lucie Powerhouse (Florida Power & Light) FL | | |
| | Duke Power Oconee Nuclear Powerhouse, Seneca, SC | | |
| | Mississippi Power and Light | | |
| | Alabama Power and Light | | |
| | Texas Utility | | |
| | Chevron Richmond, CA | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Joliet, Illinois | | |
| | Mobil Oil Joliet, IL | | |
| | Browns Ferry Nuclear Power Plant (TVA) Athens, AL | | |
| | Maracaibo Chemical Maracaibo, Venezuela | | |

28   ///                                                                    EXHIBIT A

K:\Injuron\10312\cmp-pip.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

## EXHIBIT A (cont'd.)

2

3       Plaintiff's exposure to asbestos and asbestos-containing products caused severe and

4  permanent injury to the plaintiff, including, but not limited to breathing difficulties, asbestosis,

5  and/or other lung damage, and increased risk and fear of developing mesothelioma, lung cancer

6  and various other cancers.  Plaintiff was diagnosed with asbestosis on or about June 14, 2004.

7       Plaintiff retired from his last place of employment at regular retirement age.  He has

8  therefore suffered no disability from his asbestos-related disease as "disability" is defined in

9  California Code of Civil Procedure § 340.2.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                              EXHIBIT A

1                                    EXHIBIT B

2    DEFENDANTS

3    AMERICAN STANDARD, INC.                      PLANT INSULATION COMPANY
     AQUA-CHEM, INC.                              QUINTEC INDUSTRIES, INC.
4    ASBESTOS CORPORATION LIMITED                 RAPID-AMERICAN CORPORATION
     CROWN CORK & SEAL COMPANY, INC.              RILEY POWER INC.
5    THOMAS DEE ENGINEERING CO., INC.             THORPE INSULATION COMPANY
     DURABLA MANUFACTURING COMPANY,               UNIROYAL HOLDING, INC.
6        INC.                                     VIACOM, INC.
     THE GOODYEAR TIRE & RUBBER COMPANY           WESTERN MacARTHUR COMPANY
7    FOSTER WHEELER LLC                           MacARTHUR COMPANY
     GARLOCK SEALING TECHNOLOGIES, LLC            WESTERN ASBESTOS COMPANY
8    GENERAL REFRACTORIES                         IMO INDUSTRIES, INC.
     GENERAL ELECTRIC COMPANY                     INGERSOLL-RAND COMPANY
9    OWENS-ILLINOIS, INC.                         DOES 1-800
     PARKER-HANNIFIN CORPORATION
10
                                     ALTERNATE ENTITY
11

12   CROWN CORK & SEAL COMPANY,         MUNDET CORK COMPANY
         INC.
13
     FOSTER WHEELER LLC                 FOSTER WHEELER CORPORATION
14
     GARLOCK SEALING                    GARLOCK, INC.
15       TECHNOLOGIES, LLC              COLTEC INDUSTRIES, INC.
                                        FAIRBANKS-MORSE
16                                      FAIRBANKS MORSE ENGINES
                                        BELMONT PACKING & RUBBER CO.
17                                      GARLOCK PACKING CO.
                                        U.S. GASKET CO.
18                                      GOODRICH CORPORATION
                                        ENPRO INDUSTRIES, INC.
19
     GENERAL ELECTRIC COMPANY           MATTERN X-RAY
20                                      HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED
                                        TRUMBULL ELECTRIC MANUFACTURING COMPANY
21                                      G E INDUSTRIAL SYSTEMS
                                        CURTIS TURBINES
22                                      PARSONS TURBINES
                                        GENERAL ELECTRIC JET ENGINES
23
     UNIROYAL HOLDING, INC.             UNIROYAL, INC.
24

25   ///

26   ///

27   ///

28                                                              EXHIBIT B

| | | |
|---|---|---|
| 1 | | EXHIBIT B (cont'd.) |
| 2 | | ALTERNATE ENTITY |
| 3 | RILEY POWER, INC. | BABCOCK BORSIG POWER, INC. |
| 4 | | DB RILEY, INC.<br>RILEY STOKER CORPORATION |
| 5 | | BADENHAUSEN<br>UNION IRON WORKS |
| 6 | | UNION IRON WORKS OF SPOKANE, WA |
| 7 | VIACOM, INC. | CBS CORPORATION<br>WESTINGHOUSE ELECTRIC CORPORATION |
| 8 | | WESTINGHOUSE ELECTRIC AND<br>  MANUFACTURING COMPANY |
| 9 | | B.F. STURTEVANT<br>KPIX TELEVISION STATION |
| 10 | | PARAMOUNT COMMUNICATIONS, INC. |
| 11 | IMO INDUSTRIES, INC. | TRANSAMERICA DELAVAL, INC.<br>ENTERPRISE ENGINE & MACHINERY CO. |
| 12 | | DE LAVAL STEAM TURBINE, INC.<br>DELAVAL STEAM TURBINE |
| 13 | | DELAVAL INDUSTRIES INC.<br>DE LAVAL TURBINE, INC. |
| 14 | | GENERAL METALS CORPORATION |
| 15 | INGERSOLL-RAND COMPANY | INGERSOLL-DRESSER PUMP<br>DRESSER-RAND CO. |
| 16 | | PACIFIC PUMP WORKS<br>FLOWSERVE CORPORATION |
| 17 | | INGERSOLL ROCK DRILL COMPANY<br>TERRY STEAM TURBINE CO. |
| 18 | | RAND DRILL COMPANY<br>RAND & WARING DRILL AND COMPRESSOR COMPANY |
| 19 | | INGERSOLL-SERGEANT<br>SCHLAGE LOCK COMPANY |
| 20 | | VON DUPRIN<br>THE TORRINGTON COMPANY |
| 21 | | BLAW-KNOX COMPANY |
| 22 | | |
| 23 | | EXHIBIT B-1 |
| 24 | DEFENDANTS | |
| 25 | HOPEMAN BROTHERS, INC. | |
| 26 | J.T. THORPE & SON, INC.<br>DOES 1-800; DOES 1001-2000 | |
| 27 | /// | |
| 28 | /// | EXHIBITS B, B-1 |

1        EXHIBIT B-1 (cont'd.)

2        ALTERNATE ENTITY

3   J.T. THORPE & SON, INC.          THE THORPE COMPANY
                                     THORPE PRODUCTS CO.
4                                    J.T. THORPE NORTHWEST

5

6

7                                    EXHIBIT C

8   DEFENDANTS

9   SHELL OIL COMPANY                    THORPE INSULATION COMPANY
    CHEVRON PRODUCTS COMPANY             WESTERN MacARTHUR COMPANY
10  HOPEMAN BROTHERS, INC.               MacARTHUR COMPANY
    J.T. THORPE & SON, INC.              WESTERN ASBESTOS COMPANY
11  PLANT INSULATION COMPANY             DOES 1001-2000

12                                   ALTERNATE ENTITY

13  CHEVRON PRODUCTS COMPANY         CHEVRON U.S.A. PRODUCTS COMPANY
                                     CHEVRON CORPORATION PRODUCTS COMPANY
14                                   CHEVRON CORPORATION
                                     CHEVRON OIL REFINERY
15                                   CHEVRON CHEMICAL COMPANY
                                     WILSHIRE OIL
16                                   STANDARD OIL COMPANY OF CALIFORNIA
                                     STANDARD OIL COMPANY OF CALIFORNIA,
17                                      WESTERN OPERATIONS, INC.
                                     GULF OIL COMPANY
18                                   GULF OIL OF CALIFORNIA
                                     GULF OIL CORPORATION
19                                   GULF OIL PRODUCTS COMPANY
                                     CHEVRON RESEARCH AND
20                                      TECHNOLOGY
                                     PACIFIC OIL REFINING
21                                   PACIFIC REFINING CO.
                                     SEQUOIA REFINING CORP.
22                                   CHEVRON U.S.A., INC.
                                     CHEVRON U.S.A. PRODUCTS, INC.

23

24  PREMISES OWNER
    DEFENDANTS               LOCATION                    TIME PERIOD
25
    SHELL OIL COMPANY        Shell Oil Refinery, Martinez, CA   1976-1979
26

27  ///

28  ///                                              EXHIBIT C

    COMPLAINT FOR PERSONAL INJURY - ASBESTOS

<u>EXHIBIT C (cont'd.)</u>

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| CHEVRON PRODUCTS COMPANY | Standard Oil, Richmond, CA | 1957-1974;<br>1974-1976;<br>1976-1979;<br>1979-1985 |

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| HOPEMAN BROTHERS, INC. | Mare Island Naval Shipyard-Vallejo, CA | 1/01/42-1952 |
| | Federal Shipbuilding & Drydock-Kearny, NJ | 1952 |
| | Newport News Shipbuilding & Drydock-Newport News, VA | 12/31/88 |
| J.T. THORPE & SON, INC. | Various | Various |
| PLANT INSULATION COMPANY | Various | Various |
| THORPE INSULATION COMPANY | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1                                           EXHIBIT H

2    DEFENDANTS

3    METROPOLITAN LIFE INSURANCE COMPANY           STUART-WESTERN, INC.
     PNEUMO ABEX LLC                               RITESET MANUFACTURING COMPANY
4    BORGWARNER MORSE TEC, INC.                     ASBESTOS MANUFACTURING COMPANY
     HONEYWELL INTERNATIONAL, INC. (successor-in-  FIBRE & METAL PRODUCTS COMPANY
5      interest to ALLIEDSIGNAL, INC.)             LASCO BRAKE PRODUCTS
     THE BUDD COMPANY                              L.J. MILEY COMPANY
6    DAIMLERCHRYSLER CORPORATION                   ROSSENDALE-RUBOIL COMPANY
     DANA CORPORATION                              SOUTHERN FRICTION MATERIALS COMPANY
7    FORD MOTOR COMPANY                            U.S. SPRING & BUMPER COMPANY
     GENERAL MOTORS CORPORATION                    AUTO FRICTION CORPORATION
8    BRIDGESTONE/FIRESTONE                         EMSCO ASBESTOS COMPANY
       NORTH AMERICAN TIRE, LLC                    FORCEE MANUFACTURING CORPORATION
9    LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.       MOLDED INDUSTRIAL FRICTION CORPORATION
     MAREMONT CORPORATION                          NATIONAL TRANSPORT SUPPLY, INC.
10   MORTON INTERNATIONAL, INC.                    SILVER LINE PRODUCTS, INC.
     PARKER-HANNIFIN CORPORATION                   STANDCO, INC.
11   STANDARD MOTOR PRODUCTS, INC.                 UNIVERSAL FRICTION MATERIALS COMPANY
     GATKE CORPORATION                             WHEELING BRAKE BLOCK MANUFACTURING
12   GARLOCK SEALING TECHNOLOGIES, LLC               COMPANY
     BRASSBESTOS BRAKE LINING COMPANY              OWENS-ILLINOIS, INC.
13   H. KRASNE MANUFACTURING COMPANY               BELL ASBESTOS MINES LTD.
     AUTO SPECIALTIES MANUFACTURING COMPANY   DOES5000-8000

14

15

16

17                                          EXHIBIT I

18   DEFENDANTS

19   METROPOLITAN LIFE INSURANCE COMPANY
     OWENS-ILLINOIS, INC.
20   PNEUMO ABEX LLC
     GATKE CORPORATION
21   GARLOCK SEALING TECHNOLOGIES, LLC
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
22   UNDERWRITERS LABORATORIES, INC.
     DOES5000-7500
23

24

25

26

27

28                                                                    EXHIBITS H, I

     K:\Umered\0312Pcmo-pip.wpd                    14
     COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

8                SUPERIOR COURT OF CALIFORNIA

9                COUNTY OF SAN FRANCISCO

10

11 ROBERT GARRITANO,                     )  No.
                                         )  CGC-06-452792
12             Plaintiff,                 )
                                         )  PRELIMINARY FACT SHEET/NEW
13 vs.                                    )  FILING/ASBESTOS LITIGATION
                                         )
14 ASBESTOS DEFENDANTS (B❖P)             )
                                         )  (See General Order No. 129, In Re:
15 _____ )  Complex Asbestos Litigation)

16

17                              NOTICE

18 TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
   SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
19 SAN FRANCISCO

20     You have been served with process in an action which has been designated by the Court
   as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration. This
21 litigation bears the caption "In Re: Complex Asbestos Litigation", [San Francisco Superior
   Court No. 828684].

22
       This litigation is governed by various general orders, some of which affect the judicial
23 management and/or discovery obligations, including the responsibility to answer interrogatories
   deemed propounded in the case. You may contact the Court or Designated Defense Counsel,
24 Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
   (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
25 your expense.

26 1. State the complete name and address of each person whose claimed exposure to asbestos is

27 the basis of this lawsuit ("exposed person"): Robert Garritano, 6701 West 146th Terrace, Apt.

28 #1205, Overland Park, Kansas 66223.

K:\Injury\101122\emp-factst.wpd                1
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

1  2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four

2  months?         _____ Yes                    _X_ No

3  [If yes, the action will be governed by General Order No. 140; if no, the action will be governed

4  by General Order No. 129.]

5  3. Date of birth of each exposed person in item one and, if applicable, date of death:

6         Date of Birth: __12/15/31__

7         Date of Death: __N/A__

8  Social Security Number of each exposed person:

9         __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__

10 4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

11   __X__ Asbestosis              _____ Mesothelioma

12   _____ Pleural Thickening/Plaques        _____ Other Cancer: Specify: _____

13   _____ Lung Cancer Other Than Mesothelioma      _____ Other: Specify: _____

14 5. For purposes of identifying the nature of exposure allegations involved in this action, please

15 check one or more:

16   __X__ Shipyard          _____ Construction        _____ Friction-Automotive

17   _____ Premises          _____ Aerospace           _____ Military

18   __X__ Other: Specify all that apply: _____ Industrial/Refinery _____

19 If applicable, indicate which exposure allegations apply to which exposed person.

20 6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known,

21 provide the beginning and ending year(s) of each such exposure. Also specify each exposed

22 person's employer and job title or job description during each period of exposure. (For example:

23 "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure

24 might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

25 descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

26 during only a portion of a year, the answer should indicate that year as the beginning and ending

27 year (e.g., 1947-1947).

28 ///

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| U.S. Navy | Naval Training Center Great Lakes, IL | Trainee | 1950 |
| | U.S.S. GENERAL GEORGE M. RANDALL (AP-115); Mare Island Naval Shipyard, Vallejo, CA | Fireman | 1951-1952 |
| | U.S.S. HORNET (CVA-12); Brooklyn Naval Shipyard, Brooklyn, NY | Boiler Operator | 1953 |
| | U.S.S. LAKE CHAMPLAIN (CVA-39) | Boiler Operator | 1954 |
| Crosby Valve and Gauge Wrentham, MA | Crosby Valve and Gauge Wrentham, MA | Service Technician | 1957-1974 |
| | Chevron (Standard) Richmond, CA | | |
| | Mobil Oil Joliet, Illinois | | |
| | Standard Oil of Ohio Lima, Ohio | | |

(Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

7. For each exposed person who:

a. worked in the United States or for a U.S. agency outside the territorial United States, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

b. may have had a Social Security disability award or is no longer employed and whose last employment was not with a United States government agency, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Disability authorization (Exhibit N-5 to General Order No. 129);

c. served at any time in the United States military, attach to the copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit N-3 to General Order No. 129);

1    d. was employed by the United States government in a civilian capacity, attach to the

2 copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3 the stipulation (Exhibit N-3 to General Order No. 129).

4 8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5 Defense Counsel a copy of the death certificate, if available. If an autopsy report was done, also

6 attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7 9. State the date of the filing of the initial complaint in this matter:

8    June 1, 2006 .

9                                    By: _____

10                                        Attorney for Plaintiff

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Crosby Valve and Gauge Wrentham, MA (cont'd.) | Standard Oil Joliet, Illinois | Service Technician | 1957-1974 |
| | Murphy Oil, Superior, WI | | |
| | Rail Road Turnaround, Chicago, IL | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Sugar Creek, MO | | |
| | Lion Oil Company El Dorado, AR | | |
| | Clark Oil Blue Island, IL | | |
| | Amoco Oil Whiting, IL | | |
| | Marathon Oil Co. Detroit, MI | | |
| | Koch Refinery St. Paul, MN | | |
| | Marathon Oil Co. St. Paul Park, MN | | |
| | U.S. Steel Gary, Indiana | | |
| | Masonite Corp. Laurel, MS | | |
| | Union Carbide, Address unknown | | |
| | Various ships at Dafoe Shipbuilding Bay City, MI including but not limited to: | | |
| | HMAS PERTH (Australian Navy) | | |
| | HMAS HOBART (Australian Navy) | | |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Protectoseal Co. Chicago, IL | Protectoseal Co. Chicago, IL | Sales Manager | 1974-1976 |
| | Standard Oil Sugar Creek, MO | | |
| | Exxon Refinery, Baton Rouge, LA | | |
| | Citgo Petroleum Corp. Lake Charles, LA | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Owens-Illinois Glass Alton, IL | | |
| | Dow Chemical East St. Louis, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Lemont Refining, Lemont, IL | | |
| | Chevron (Standard) Richmond, CA | | |
| Fike Metal Products Blue Springs, Missouri | Fike Metal Products Blue Springs, Missouri | Sales Manager | 1976-1979 |
| | Exxon Baton Rouge, LA | | |
| | Standard Oil Sugar Creek, MO | | |
| | Shell Oil Martinez, CA | | |
| | Mobil Chickasaw, AL | | |
| | Shell Chemical Saraland, AL | | |
| | Lion Oil Company El Dorado, AR | | |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Chevron (Standard) Richmond, CA | Sales Manager | 1976-1979 |
| | Lemont Refining Lemont, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Shell Oil Wood River, IL | | |
| | Unknown location, Mount Vernon, IL | | |
| | Amoco Whiting, Indiana | | |
| | El Dorado Refining Co. El Dorado, KS | | |
| | Farmland Industries Inc., Coffeyville, KS | | |
| | Continental Oil, Westlake, LA | | |
| | Marathon Oil Garyville, LA | | |
| | Citgo Petroleum Corp., Lake Charles, LA | | |
| | Marathon Oil Detroit, MI | | |
| | Koch Oil St. Paul, MN | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Phillips 66 Co. Kuparuk (Anchorage), AK | | |
| | Chevron (Standard Oil) Honolulu, HI | | |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Dow Chemical East St. Louis, IL | Sales Manager | 1976-1979 |
| | Owens-Illinois Glass Alton, IL | | |
| | Irwin Chemical Co. Des Moines, Iowa | | |
| | USI Chemical Co. Clinton, Iowa | | |
| Crane Valves Nuclear Division Atlanta, GA | Crane Valves Atlanta, GA | Sales Manager (Regional) | 1979-1985 |
| | Crystal River Powerhouse (Florida Power & Light Co.) FL; Turkey Point Powerhouse (Florida Power & Light Co.) Homestead, FL; St. Lucie Powerhouse (Florida Power & Light) FL | | |
| | Duke Power Oconee Nuclear Powerhouse, Seneca, SC | | |
| | Mississippi Power and Light | | |
| | Alabama Power and Light | | |
| | Texas Utility | | |
| | Chevron Richmond, CA | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Joliet, Illinois | | |
| | Mobil Oil Joliet, IL | | |
| | Browns Ferry Nuclear Power Plant (TVA) Athens, AL | | |

| | Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Crane Valves Nuclear Division Atlanta, GA (cont'd.) | Maracaibo Chemical Maracaibo, Venezuela | Sales Manager (Regional) | 1979-1985 |
| 4 | | | | |

K:\Injured\103127\temp-factsi.wpd
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

**EXHIBIT  B**

SUM-100

# SUMMONS
## *(CITATION JUDICIAL)*

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASBESTOS DEFENDANTS (B✛P)
]As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500;
**and SEE ATTACHED LIST.**

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ROBERT GARRITANO

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SAN FRANCISCO COUNTY SUPERIOR COURT<br>400 McAllister Street<br>San Francisco, CA 94102 | **CASE NUMBER:**<br>C G C — 0 6 - 4 5 2 7 9 2 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✛PURCELL LLP
222 Rush Landing Road, Novato, CA 94948-6169                GORDON PARK-LI (415) 898-1555

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)* JUN 1 2006 | Clerk, by<br>*(Secretario)* | **CRISTINA BAUTISTA** | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*
**NOTICE TO PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60(minor)

    ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)

    ☐ CCP 416.40 (association of partnership)    ☐ CCP 416.90 (authorized person)

    ☐ other (specify):

4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

1

2

3   AMERICAN STANDARD, INC.
    AQUA-CHEM, INC.
4   ASBESTOS CORPORATION LIMITED
    CROWN CORK & SEAL COMPANY, INC.
5   THOMAS DEE ENGINEERING CO., INC.
    DURABLA MANUFACTURING COMPANY, INC.
6   THE GOODYEAR TIRE & RUBBER COMPANY
    FOSTER WHEELER LLC
7   GARLOCK SEALING TECHNOLOGIES, LLC
    GENERAL REFRACTORIES
8   GENERAL ELECTRIC COMPANY
    OWENS-ILLINOIS, INC.
9   PARKER-HANNIFIN CORPORATION
    PLANT INSULATION COMPANY
10  QUINTEC INDUSTRIES, INC.
    RAPID-AMERICAN CORPORATION
11  RILEY POWER INC.
    THORPE INSULATION COMPANY
12  UNIROYAL HOLDING, INC.
    VIACOM, INC.
13  WESTERN MacARTHUR COMPANY
    MacARTHUR COMPANY
14  WESTERN ASBESTOS COMPANY
    IMO INDUSTRIES, INC.
15  INGERSOLL-RAND COMPANY
    HOPEMAN BROTHERS, INC.
16  J.T. THORPE & SON, INC.
    SHELL OIL COMPANY
17  CHEVRON PRODUCTS COMPANY
    METROPOLITAN LIFE INSURANCE COMPANY
18  GATKE CORPORATION
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
19  UNDERWRITERS LABORATORIES, INC.
    PNEUMO ABEX LLC
20  and DOES 1-8500,

21      Defendants.

22

23

24

25

26

27  Robert Garritano vs. Asbestos Defendants (B✤P)
    San Francisco Superior Court
28

ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

7N0

CASE NUMBER: CGC-06-452792  ROBERT GARRITT VS. ASBESTOS DEFENDANTS (B*P)A!

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

      **DATE:**   **JUN-21-2007**

      **TIME:**   **1:30PM**

      **PLACE:**  **Department 206**
                  **400 McAllister Street**
                  **San Francisco, CA  94102-3680**

**All parties must appear and comply with Local Rule 3.3 and 3.4.**

---

**CRC 212 (g)(1) requires the filing and service of a case management statement
form CM-110 no later than 15 days before the case management conference.**

---

Plaintiff must serve a copy of this notice upon each party to this action with the
summons and complaint.  Proof of service subsequently filed with this court shall
so state.

**[DEFENDANTS: Attending the Case Management Conference does not take the
place of filing a written response to the complaint. You must file a written
response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400  McAllister Street, Room 103
San Francisco, CA  94102
(415) 551-3876

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436<br>BRAYTON✤PURCELL LLP<br>222 Rush Landing Road<br>Novato, California 94948-6169<br>TELEPHONE NO.: (415) 898-1555    FAX NO.: (415) 898-1247 | **ENDORSED**<br>**F I L E D**<br>*San Francisco County Superior Court* |
| ATTORNEY FOR (NAME): Plaintiff(s) | JUN 1  2006 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS:    400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

GORDON PARK-LI, Clerk
BY: __CRISTINA E. BAUTISTA__
Deputy Clerk

CASE NAME:
ROBERT GARRITANO vs. ASBESTOS DEFENDANTS (B✤P)

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited    ☐ Limited<br>(Amount        (Amount<br>demanded        demanded is<br>exceeds $25,000)    $25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | **CGC-06-452792**<br>JUDGE:<br>DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

1. Check one box below of the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 1800-1812) |
| ☐ Uninsured motorist (46) | ☐ Collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Insurance coverage (18) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Other contract (37) | ☐ Mass tort (40) |
| ☒ Asbestos (04) | Real Property | ☐ Securities litigation (28) |
| ☐ Product Liability (24) | ☐ Eminent domain/Inverse | ☐ Environmental / Toxic tort (30) |
| ☐ Medical malpractice (45) | condemnation (14) | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | ☐ Wrongful eviction (33) | above listed provisionally complex case types (41) |
| Non-PI/PD/WD (Other) Tort | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Business tort/unfair business practice (07) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Defamation (13) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Professional negligence(25) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| Employment | ☐ Writ of mandate (02) | |
| ☐ Wrongful termination (36) | ☐ Other judicial review (39) | |
| ☐ Other employment (15) | | |

2. This case ☐ is  ☒ is not  complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☒ Monetary    b. ☐ Nonmonetary; declaratory or injunctive relief    c. ☒ Punitive

4. Number of causes of action *(specify)*: 7

5. This case ☐ is  ☒ is not  a class action suit.

Date: 5/31/06

David R. Donadio
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet shall be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. Jan 1, 2003]

**CIVIL CASE COVER SHEET**

Cal Rules of Court, rules 201.8, 1800-1812;
Standards of Judicial Administration § 19
www.courtinfo.ca.gov

1 | **PROOF OF SERVICE**

2 |     I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite
3 | 240, Sacramento, California 95814.

4 |     I am familiar with the business practice at my place of business for collection and processing of documents for mail. Documents so collected and processed, with postage fully prepaid, will be
5 | deposited with the United States Postal Service that same day in the ordinary course of business.

6 |     On **August 13, 2007,** I served the following document(s):

7 | **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1442(a)1 AND 1446(a)**

8 |

9 | On all interested parties in said cause, by delivering a true copy as follows:

10 | **X**    **BY MAIL** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail in Sacramento, California. C.C.P. §1013(a)(b)

11 |

12 |   **BY PERSONAL SERVICE** I placed a true copy thereof enclosed in a sealed envelope and caused such envelope to be delivered by hand via _____ to the offices of the addressed below. C.C.P. §1011(a)(b)

13 |

14 | **BY OVERNIGHT DELIVERY** I sent a true copy thereof for overnight delivery via FEDERAL EXPRESS. C.C.P. §1013(c)(d)

15 | Each envelope (if applicable) was addressed as follows:

16 | Mr. David Donadio
   **BRAYTON PURCELL, LLP**
17 | 222 Rush Landing Road
   P.O. Box 6169
18 | Novato, California 94948-6169

19 |

20 |     I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **August 13, 2007,** at Sacramento,
21 | California.

22 |                             Lucille T. Crozier

23 |

24 |

25 |

26 |

27 |

28 |

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

Arikawa