1  WHITNEY A. DAVIS, SBN 149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   P.O. Box 15408
4  Sacramento, CA 95851
   Telephone:     (916) 448-9000
5  Facsimile:     (916) 448-9009
   *email: wad@charter-davis.com*
6
   Attorneys for Defendants VIAD CORP,
7  and THE DIAL CORPORATION, individually
   and as alleged successors-in-interest to
8  GRISCOM-RUSSELL COMPANY

9              **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12  ROBERT GARRITANO,                          )   Federal Case No.  **C07 4155 EDL**
                                               )
13              Plaintiff,                     )   State Case No. **CGC 06-452792**
                                               )
14      v.                                     )   **PROOF OF SERVICE RE: NOTICE OF**
                                               )   **REMOVAL**
15  ASBESTOS DEFENDANTS (B❖P) As               )
    Reflected on Exhibits B, B-1, C, H, I; and )
16  DOES 1-8500.                               )
                                               )
17              Defendants.                    )
                                               )
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

I am familiar with the business practice at my place of business for collection and processing of documents for mail. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 17, 2007**, I served the following document(s):

1.  **Civil Cover Sheet; Notice of Removal of Action Pursuant to 28 U.S.C. Sections 1442(a)(1) AND 1446(a);**
2.  **Order Setting Initial Case Management Conference and ADR Deadlines;**
3.  **Standing Order;**
4.  **Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement;**
5.  **Standing Order Re: Case Management Conference;**
6.  **USDC Guidelines;**
7.  **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**
8.  **Consent to Proceed Before a United States Magistrate Judge;**
9.  **Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; and**
10. **ECF Registration Information Handout**

On all interested parties in said cause, by delivering a true copy as follows:

**BY MAIL:** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail in Sacramento, California. C.C.P. §1013(a)(b)

**BY PERSONAL SERVICE:** I placed a true copy thereof enclosed in a sealed envelope and caused such envelope to be delivered by hand via _____to the offices of the addressed below. C.C.P. §1011(a)(b)

**BY OVERNIGHT DELIVERY:** I sent a true copy thereof for overnight delivery via FEDERAL EXPRESS. C.C.P. §1013(c)(d)

X    **BY ELECTRONIC SERVICE:** I sent a true copy thereof via LexisNexis. CCP § 1010.6(a)(2)(B)(6)

Each envelope (if applicable) was addressed as follows:

David Donadio, Esq.
**BRAYTON PURCELL, LLP**
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **August 17, 2007**, at Sacramento, California.

*/s/ Lucille T. Crozier* _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED

AUG 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT GARRITANO,

      Plaintiff (s),

  v.

ASBESTOS DEFENDANTS,
      Defendant(s).

No. C 07-04155 EDL

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES**

    IT IS HEREBY ORDERED that this action is assigned to the Honorable Elizabeth D. Laporte. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" , the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

### CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 8/13/2007 | Notice of removal filed | |
| 10/30/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 11/13/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 11/20/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM | Civil L.R. 16-10 |

STANDING ORDER

Magistrate Judge Elizabeth D. Laporte

1)  Civil law and motion is heard on Tuesdays at 9:00 a.m. Criminal law and motion is heard on
    Tuesdays at 1:15 p.m. Counsel need not reserve a hearing date in advance. However, noticed
    dates may be reset as the court's calendar requires.

2)  Case Management Conferences are held on Tuesdays at 10:00 a.m. Pretrial Conferences are held
    on Tuesdays at 2:00 p.m.

3)  Discovery motions may be addressed to the Court in three ways. A motion may be noticed on
    not less than 35 days pursuant to Civil L.R. 7-2. Alternatively, any party may seek an order to
    shorten or enlarge time under Civil L.R. 6-3 if the circumstances justify that relief. In
    emergencies during discovery events, the Court is available pursuant to Civil L.R. 37-1(b).

    In the event a discovery dispute arises, counsel (or if pro se, the party) seeking discovery or a
    protective order shall confer in good faith with opposing counsel (or pro se party) in an effort to
    resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L.R. 37-1(a).
    The Court will not consider discovery motions unless the moving party has complied with Fed.
    R. Civ. P. 37 and Civil L.R. 37-1(a).

4)  The Court strives to set matters and render decisions in a timely manner. The Court encourages
    parties to advise the Court by letter to chambers of any matter that appears to have been unduly
    delayed.

IT IS SO ORDERED.

Dated: July 26, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

## STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

### CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.     Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.     Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.     Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.     Motions: All prior and pending motions, their current status, and any anticipated motions.

5.     Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.     Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.     Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.     Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.     Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.    Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.    Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.    Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.    Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.    Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.    Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.    Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7

8
                Plaintiff(s),                    No.    EDL

9
        v.                                       STANDING ORDER RE
10                                               CASE MANAGEMENT CONFERENCE

11              Defendant(s).
                                            /
12
                **Lead trial counsel** who will try this case are directed to confer in advance of the Case

13
Management Conference with respect to all matters contained in the attached Proposed Joint Case

14
Management Order, including **a discovery plan and discovery limits** and all other matters described

15
in Federal Rules of Civil Procedure 16(a), 16(b) and 26(f) and Civil Local Rule 16-10. Pursuant to Civil

16
L.R. 16-10(a), **lead trial counsel shall attend the Case Management Conference** and be prepared to

17
discuss all matters referred to in this order. Counsel shall have the authority to enter stipulations and

18
make admissions regarding all matters described herein.

19
                PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL

20
PARTIES IN THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE

21
WITH THE PROVISIONS OF FEDERAL RULES OF CIVIL PROCEDURE 4 AND 5 AND CIVIL

22
LOCAL RULES 4 AND 5, and to file with the Clerk of the Court a Certificate reflecting such service.

23
                Failure to comply with this order, the provisions of Federal Rule of Civil Procedure 16 and 26(f)

24
or the provisions of Civil L.R. 16-10 may be grounds for sanctions. (See Fed. R. Civ. P. 16(f)).

25

26   Dated: January 26, 2001

27                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
28

# WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
## OFFICE HOURS: 9:00 A.M. TO 4:00 P.M.
### 415.522.2000
#### www.cand.uscourts.gov

**In Addition to the Local Rules, the Following Guidelines Have Been Provided to Ensure That the Filing Process Is Accomplished with Ease and Accuracy. For Additional Information or Assistance, Please Call the above Number During Office Hours.**

1.   Documents are to be filed in the Clerk's Office at the location of the chambers of the judge to whom the action has been assigned. We do not accept filings for cases assigned to judges or magistrate judges in the Oakland or San Jose division, per Civil L.R. 3-2(b).

2.   This office will retain the original plus one copy of most documents submitted. We will conform as many copies as you bring for your use. Related cases require an extra copy for **each** related action designated.

3.   The copy retained goes directly to the assigned Judge. Courtesy copies, or instructions for couriers to deliver a copy directly to chambers are inappropriate, unless you have been instructed to do so by court order.

4.   In order to facilitate the file stamping process, each original document should be submitted on top of its copies. In other words, group like documents together--as opposed to a set of originals and separate sets of copies.

5.   The case number must indicate whether it is a civil or criminal matter by the inclusion of **C** or **CR** at the beginning of the number. Miscellaneous and foreign judgment matters should also be indicated with initials **MISC** or **FJ** at the end of the case number.

6.   The case number must include the initials of the judge and/or magistrate judge followed by the letters designating the case Arbitration (**ARB**), Early Neutral Evaluation (**ENE**) or Mediation (**MED**)--if assigned to one of those programs.

7.   The document caption should include the appropriate judge or magistrate judge involved in a particular matter or before whom an appearance is being made. This is especially important when submitting Settlement Conference Statements.

8.   Documents are to be stapled or acco-fastened at the top. Backings, bindings and covers are not required. Two holes punched at the top of the original document will facilitate processing.

9.   Appropriately sized, stamped, self-addressed return envelopes are to be included with proposed orders or when filing documents by mail.

10. Proofs of service should be attached to the back of documents. If submitted separately, you must attach a pleading page to the front of the document showing case number and case caption.

11. There are no filing fees once a case has been opened.

12. New cases must be accompanied by a completed and signed Civil Cover Sheet, the filing fee or fee waiver request form and an original plus **two** copies of the complaint and any other documents. For Intellectual Property cases, please provide an original plus **three** copies of the <u>complaint</u>. Please present new cases for filing before 3:30 p.m., as they take a considerable amount of time to process.

13. Copies of forms may be obtained at no charge. They may be picked up in person from the Clerk's Office forms cabinet or with a written request accompanied by an appropriate sized, stamped, self-addressed envelope for return. In addition, copies of the Local Rules may be obtained, free of charge, in the Clerk's Office or by sending a written request, along with a self-addressed, 10" x 14" return envelope, stamped with **$ 3.95** postage to: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

14. Two computer terminals which allow public access to case dockets and one terminal with information regarding files at the Federal Records Center (FRC) are located in the reception area of the Clerk's Office. Written instructions are posted by the terminals. Outside of the Clerk's Office, electronic access to dockets is available through PACER. To obtain information or to register call 1-800-676-6851.

15. A file viewing room is located adjacent to the reception area. Files may be viewed in this area after signing the log sheet and presenting identification. Files are to be returned by <u>**1:00 pm**</u> Under no circumstances are files to be removed from the viewing room.

16. The Clerk's Office can only accept payment by <u>**exact change or check**</u> made payable to Clerk, U.S. District Court. No change can be made for fees or the public copy machine.

17. Two pay copy machines are located in the file viewing room for public use, at fifteen cents ($.15) per page. Copy cards may be purchases at the snack bar on the first floor. Orders for copywork may be placed through Eddie's Document Retrieval by phoning 415-317-5556. Arrangements may be made to bring in a personal copier by calling the Clerk's Office in advance.

18. We have a drop box for filing when the Clerk's Office is closed. Please see attached for availability and instructions.

## SAN FRANCISCO

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initals |
|---|---|---|---|
| Alsup, William H. | WHA | Chen, Edward M. | EMC |
| Breyer, Charles R. | CRB | James, Maria-Elena | MEJ |
| Chesney, Maxine M. | MMC | Laporte, Elizabeth D. | EDL |
| Conti, Samuel | SC | Larson, James | JL |
| Hamilton, Phyllis J. | PJH | Spero, Joseph C. | JCS |
| Henderson, Thelton E. | TEH | Zimmerman, Bernard | BZ |
| Illston, Susan | SI | | |
| Jenkins, Martin J. | MJJ | | |
| Patel, Marilyn Hall | MHP | | |
| Schwarzer, William W | WWS | | |
| Walker, Vaughn R | VRW | | |
| White, Jeffrey S. | JSW | | |

## SAN JOSE

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Fogel, Jeremy | JF | Lloyd, Howard R. | HRL |
| Ware, James | JW | Seeborg, Richard | RS |
| Whyte, Ronald M. | RMW | Trumbull, Patricia V. | PVT |

## OAKLAND

| Article III Judges | Judges Initials | Magistrate Judges | Judges Initials |
|---|---|---|---|
| Armstrong, Saundra B. | SBA | Brazil, Wayne D. | WDB |
| Jensen, D. Lowell | DLJ | | |
| Wilken, Claudia | CW | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# NOTICE OF ASSIGNMENT OF CASE
## TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge

## ELIZABETH D. LAPORTE

Pursuant to Title 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK

By: Deputy Clerk

MARY ANN BUCKLEY

MagAssnNtc-2-03.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE**

v.

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | No. C |
| Plaintiff(s), | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| Defendant(s). | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 07 4155

EDL

E-fil...

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Local Rule 5-4 and General Order 45. This means that you must (check off the boxes ☑ when done):

☐ **1) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☐ **2) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4) PACER** (Public Access to Court Electronic Records) access is mandatory to access dockets and documents. If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers in this case shall be filed electronically.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

### Submitting Initiating Documents
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

# U.S. District Court Northern California

**Submitting Initiating Documents** (continued)
You must include the case number and judge's initials in the <u>subject line</u> of all relevant emails to the court.  You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system.  All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: <u>http://ecf.cand.uscourts.gov</u>, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at **http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from 9:00am to 4:00pm Pacific time, excluding court holidays.

ORIGINAL
FILED

AUG 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | WHITNEY A. DAVIS, #149523
**CHARTER DAVIS, LLP**
2 | Attorneys at Law
1730 I Street, Suite 240
3 | Sacramento, California 95814
Telephone:    (916) 448-9000
4 | Facsimile:    (916) 448-9009

5 | Attorneys for VIAD CORP, and THE DIAL
CORPORATION, individually
6 | and as alleged successors-in-interest
to Griscom-Russell Company

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**        EDL

10 | **C 07 4155**
Federal Case No.

11 | ROBERT GARRITANO,                    )
) State Case No. **CGC 06-452792**
12 |            Plaintiff,                )
)
13 |    v.                                )    **NOTICE OF REMOVAL OF ACTION**
)    **PURSUANT TO 28 U.S.C. SECTIONS**
14 | ASBESTOS DEFENDANTS (B❖P) As          )    **1442(a)(1) AND 1446(a)**
Reflected on Exhibits B, B-1, C, H, I; and )
15 | DOES 1-8500.                          )
)
16 |            Defendants.               )    BY FAX
)
17 | _____ )

18 | **TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

19 |    **PLEASE TAKE NOTICE** that Defendant, VIAD CORP, and THE DIAL

20 | CORPORATION, individually and as alleged successors-in-interest to Griscom-Russell

21 | Company (hereinafter "VIAD"), hereby removes to this Court the state court action described

22 | below, pursuant to 28 U.S.C. sections 1442(a)(1) and 1446(a).

23 |            **PRELIMINARY MATTERS**

24 |    1.    On June 1, 2006, Plaintiff ROBERT GARRITANO, filed this lawsuit

25 | ("Complaint") in the Superior Court of the State of California, County of San Francisco, Case

26 | No. CGC 06-452792, and entitled ROBERT GARRITANO vs. ASBESTOS DEFENDANTS,

27 | et al. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

28 | ///

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

1

1    2.    Defendant VIAD first received the Complaint on July 11, 2007, with a Summons

2    reflecting that service of process took place by process server on VIAD's authorized agent on

3    July 11, 2007. A true and correct copy of the summons is attached hereto included in Exhibit

4    "B".

5    3.    This Notice of Removal is timely in that it is filed within 30 days of service of the

6    Complaint, with three additional days added by Rule 6 by which VIAD received its first notice

7    of the facts indicating that the case was removable within the meaning of 28 U.S.C. §1446(b).

8    **NATURE OF THE CASE**

9    4.    This case is based upon Plaintiff ROBERT GARRITANO developed an asbestos-

10    related disease, specifically asbestosis, allegedly caused by his exposure to asbestos dust and/or

11    fibers.

12    5.    Plaintiffs assert negligence, strict product liability, false representation, concert of

13    action, and fraud, against VIAD.

14    **CONCLUSION**

15    6.    Removal of this action is proper under 28 U.S.C. §1442, because it is a civil action

16    brought in a state court, and the federal district courts have original jurisdiction over the subject

17    matter pursuant to 28 U.S.C. §1442(a)(1) because VIAD CORP, as the alleged successor-in-interest

18    to Griscom-Russell Company, was acting under an officer or agency of the United States

19    government, namely the United States Navy.

20    THEREFORE, VIAD, pursuant to these statutes and in conformance with the requirements

21    set forth in 28 U.S.C. §1446, remove this action for trial from the Superior Court of the State of

22    California for the County of San Francisco.

23    Dated: August 13, 2007                **CHARTER DAVIS, LLP**

24

25                                    By:    /s/ Whitney A. Davis
                                          Attorneys for Defendant Viad Corp, individually and
26                                        as alleged successor-in-interest to Griscom-Russell
                                          Company
27

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

# Exhibit A

4

CASE NUMBER: CGC-06-452792  ROBERT GARRITTA VS. ASBESTOS DEFENDANTS (B*P)AS

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

  DATE:    JUN-21-2007

  TIME:    1:30PM

  PLACE:   Department 206
           400 McAllister Street
           San Francisco, CA 94102-3680

All parties must appear and comply with Local Rule 3.3 and 3.4.

> CRC 212 (g)(1) requires the filing and service of a case management statement
> form CM-110 no later than 15 days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the
summons and complaint.  Proof of service subsequently filed with this court shall
so state.

[DEFENDANTS: Attending the Case Management Conference does not take the
place of filing a written response to the complaint. You must file a written
response with the court within the time limit required by law. See Summons.]

Superior Court Alternative Dispute Resolution Coordinator
400  McAllister Street, Room 103
San Francisco, CA  94102
(415) 551-3876

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436<br>BRAYTON✥PURCELL LLP<br>222 Rush Landing Road<br>Novato, California 94948-6169<br>TELEPHONE NO.: (415) 898-1555     FAX NO.: (415) 898-1247<br>ATTORNEY FOR *(NAME)*: Plaintiff(s) | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br><br>JUN 1 2006<br><br>GORDON PARK-LI, Clerk<br>BY: CRISTINA E. BAUTISTA<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
  STREET ADDRESS:   400 McAllister Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: San Francisco, CA 94102
  BRANCH NAME:

CASE NAME:
ROBERT GARRITANO vs. ASBESTOS DEFENDANTS (B✥P)

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | CGC-06-452792<br>JUDGE:<br>DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☒ Asbestos (04)
☐ Product Liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation**
(Cal. Rules of Court, rules 1800-1812)
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental / Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☒ is not  complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☒ Monetary   b. ☐ Nonmonetary; declaratory or injunctive relief   c. ☒ Punitive

4. Number of causes of action *(specify)*: 7

5. This case ☐ is  ☒ is not  a class action suit.
Date: 5/3//0=
      David R. Donadio
      (TYPE OR PRINT NAME)                                    ▶                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet shall be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. Jan 1, 2003] | CIVIL CASE COVER SHEET | Cal Rules of Court, rule 201.8, 1800-1812;<br>Standards of Judicial Administration § 19<br>www.courtinfo.ca.gov |

1   DAVID R. DONADIO, ESQ., S.B. #154436
    BRAYTON❖PURCELL LLP
2   Attorneys at Law
    222 Rush Landing Road
3   P.O. Box 6169
    Novato, California 94948-6169
4   (415) 898-1555

5   Attorneys for Plaintiff

6

7

8                 SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11   ROBERT GARRITANO,         )
                            )   No. CGC-06-452792
12          Plaintiff,           )
                            )
13   vs.                        )   COMPLAINT FOR PERSONAL INJURY -
                            )   ASBESTOS
14   ASBESTOS DEFENDANTS (B❖P)     )
    As Reflected on Exhibits B, B-1, C, H,   )
15   I; and DOES 1-8500; and SEE      )
    ATTACHED LIST.            )
16                             )

17         1.    Plaintiff ROBERT GARRITANO was born December 15, 1931.

18         2.    The ©Brayton❖Purcell Master Complaint for Personal Injury [and Loss of

19 Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

20 Francisco Superior Court.  A copy of the Master Complaint and General Order No. 55 may be

21 obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint

22 are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

23 Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

24   ///

25   ///

26   ///

27

28

    K:\Injured\103123\cmp-pip.wpd               1
    COMPLAINT FOR PERSONAL INJURY - ASBESTOS

ENDORSED
F I L E D
San Francisco County Superior Court

JUN 1  2006

GORDON PARK-LI, Clerk
BY: CRISTINA E. BAUTISTA
           Deputy Clerk

CASE MANAGEMENT CONFERENCE SET
JUN 2 1 2007  -1³⁰PM
DEPARTMENT 206

ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

## DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ☒ | ☒ | ☐ | | | ☐ | | | | | ☐ | ☐ | ☐ |
| Second (Strict Liability) | ☒ | ☒ | | | | | ☐ | | | | ☐ | ☐ | |
| Third (False Representation) | ☒ | ☒ | | | | | ☐ | | | | | | |
| Fourth (Loss of Consortium) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fifth (Premises Owner/ Contractor Liability) | | ☒ | ☒ | | | | | | | | | | |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | ☐ | | | | | | | | | |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | ☐ | | | | | | | | |
| Tenth, Eleventh (F.E.L.A.) | | | | | | ☐ | | | | | | | |
| Twelfth, Thirteenth (Respiratory Safety Devices) | | | | | | | ☐ | | | | | | |
| Fourteenth, Fifteenth (Brake Shoe Grinding) | | | | | | | ☐ | | | | | | |
| Sixteenth (Concert of Action) | | | | | | | | ☒ | | | | | |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) | | | | | | | | | ☒ | | | | |
| Nineteenth (Fraud/Deceit/ Intentional Misrepresentation) | | | | | | | | | | ☐ | | | |
| Twentieth (Fraud/Deceit - Kent) | | | | | | | | | | | ☐ | | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1          3.       Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2    history of exposure to asbestos are as stated on Exhibit A.

3          4.       Plaintiff's claims against defendant VIACOM, INC. (successor by merger to

4    CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

5    CORPORATION) exclude military and federal government jobsites.

6    Dated:  5/30/06                          BRAYTON❖PURCELL LLP

7

8                                             By:

9                                                 David R. Donadio
                                                  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1  | EXHIBIT A

2  | Plaintiff's exposure to asbestos and asbestos-containing products occurred at various

3  | locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Navy | Naval Training Center Great Lakes, IL | Trainee | 1950 |
| | U.S.S. GENERAL GEORGE M. RANDALL (AP-115); Mare Island Naval Shipyard, Vallejo, CA | Fireman | 1951-1952 |
| | U.S.S. HORNET (CVA-12); Brooklyn Naval Shipyard, Brooklyn, NY | Boiler Operator | 1953 |
| | U.S.S. LAKE CHAMPLAIN (CVA-39) | Boiler Operator | 1954 |
| Crosby Valve and Gauge Wrentham, MA | Crosby Valve and Gauge Wrentham, MA | Service Technician | 1957-1974 |
| | Chevron (Standard) Richmond, CA | | |
| | Mobil Oil Joliet, Illinois | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Standard Oil Joliet, Illinois | | |
| | Murphy Oil, Superior, WI | | |
| | Rail Road Turnaround, Chicago, IL | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Sugar Creek, MO | | |

28 | ///                                                          EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Crosby Valve and Gauge Wrentham, MA (cont'd.) | Lion Oil Company El Dorado, AR | Service Technician | 1957-1974 |
| | Clark Oil Blue Island, IL | | |
| | Amoco Oil Whiting, IL | | |
| | Marathon Oil Co. Detroit, MI | | |
| | Koch Refinery St. Paul, MN | | |
| | Marathon Oil Co. St. Paul Park, MN | | |
| | U.S. Steel Gary, Indiana | | |
| | Masonite Corp. Laurel, MS | | |
| | Union Carbide, Address unknown | | |
| | Various ships at Dafoe Shipbuilding Bay City, MI including but not limited to: | | |
| | HMAS PERTH (Australian Navy) | | |
| | HMAS HOBART (Australian Navy) | | |
| Protectoseal Co. Chicago, IL | Protectoseal Co. Chicago, IL | Sales Manager | 1974-1976 |
| | Standard Oil Sugar Creek, MO | | |
| | Exxon Refinery, Baton Rouge, LA | | |
| | Citgo Petroleum Corp. Lake Charles, LA | | |

///

EXHIBIT A

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Protectoseal Co. Chicago, IL (cont'd.) | Marathon Oil St. Paul Park, MN | Sales Manager | 1974-1976 |
| | Owens-Illinois Glass Alton, IL | | |
| | Dow Chemical East St. Louis, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Lemont Refining, Lemont, IL | | |
| | Chevron (Standard) Richmond, CA | | |
| Fike Metal Products Blue Springs, Missouri | Fike Metal Products Blue Springs, Missouri | Sales Manager | 1976-1979 |
| | Exxon Baton Rouge, LA | | |
| | Standard Oil Sugar Creek, MO | | |
| | Shell Oil Martinez, CA | | |
| | Mobil Chickasaw, AL | | |
| | Shell Chemical Saraland, AL | | |
| | Lion Oil Company El Dorado, AR | | |
| | Chevron (Standard) Richmond, CA | | |
| | Lemont Refining Lemont, IL | | |
| | Clark Oil Blue Island, IL | | |

///

EXHIBIT A

K:\Insured\103123\cmo-pip.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Shell Oil Wood River, IL | Sales Manager | 1976-1979 |
| | Unknown location, Mount Vernon, IL | | |
| | Amoco Whiting, Indiana | | |
| | El Dorado Refining Co. El Dorado, KS | | |
| | Farmland Industries Inc., Coffeyville, KS | | |
| | Continental Oil, Westlake, LA | | |
| | Marathon Oil Garyville, LA | | |
| | Citgo Petroleum Corp., Lake Charles, LA | | |
| | Marathon Oil Detroit, MI | | |
| | Koch Oil St. Paul, MN | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Phillips 66 Co. Kuparuk (Anchorage), AK | | |
| | Chevron (Standard Oil) Honolulu, HI | | |
| | Dow Chemical East St. Louis, IL | | |
| | Owens-Illinois Glass Alton, IL | | |

///

EXHIBIT A

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products<br>Blue Springs, Missouri<br>(cont'd.) | Irwin Chemical Co.<br>Des Moines, Iowa | Sales Manager | 1976-1979 |
| | USI Chemical Co.<br>Clinton, Iowa | | |
| Crane Valves<br>Nuclear Division<br>Atlanta, GA | Crane Valves<br>Atlanta, GA | Sales Manager<br>(Regional) | 1979-1985 |
| | Crystal River Powerhouse<br>(Florida Power & Light<br>Co.) FL; Turkey Point<br>Powerhouse (Florida Power<br>& Light Co.) Homestead,<br>FL; St. Lucie Powerhouse<br>(Florida Power & Light) FL | | |
| | Duke Power<br>Oconee Nuclear<br>Powerhouse, Seneca, SC | | |
| | Mississippi Power and<br>Light | | |
| | Alabama Power and Light | | |
| | Texas Utility | | |
| | Chevron<br>Richmond, CA | | |
| | Shell Oil<br>Wood River, IL | | |
| | Standard Oil<br>Joliet, Illinois | | |
| | Mobil Oil<br>Joliet, IL | | |
| | Browns Ferry Nuclear<br>Power Plant (TVA)<br>Athens, AL | | |
| | Maracaibo Chemical<br>Maracaibo, Venezuela | | |

///

EXHIBIT A

K:\Injured\103122\cmp-pip.wpd
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

## EXHIBIT A (cont'd.)

2

3       Plaintiff's exposure to asbestos and asbestos-containing products caused severe and

4  permanent injury to the plaintiff, including, but not limited to breathing difficulties, asbestosis,

5  and/or other lung damage, and increased risk and fear of developing mesothelioma, lung cancer

6  and various other cancers. Plaintiff was diagnosed with asbestosis on or about June 14, 2004.

7       Plaintiff retired from his last place of employment at regular retirement age. He has

8  therefore suffered no disability from his asbestos-related disease as "disability" is defined in

9  California Code of Civil Procedure § 340.2.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                               EXHIBIT A

1

EXHIBIT B

2

DEFENDANTS

3
AMERICAN STANDARD, INC.                    PLANT INSULATION COMPANY
AQUA-CHEM, INC.                            QUINTEC INDUSTRIES, INC.
4
ASBESTOS CORPORATION LIMITED               RAPID-AMERICAN CORPORATION
CROWN CORK & SEAL COMPANY, INC.            RILEY POWER INC.
5
THOMAS DEE ENGINEERING CO., INC.           THORPE INSULATION COMPANY
DURABLA MANUFACTURING COMPANY,             UNIROYAL HOLDING, INC.
6
    INC.                                   VIACOM, INC.
THE GOODYEAR TIRE & RUBBER COMPANY         WESTERN MacARTHUR COMPANY
7
FOSTER WHEELER LLC                         MacARTHUR COMPANY
GARLOCK SEALING TECHNOLOGIES, LLC          WESTERN ASBESTOS COMPANY
8
GENERAL REFRACTORIES                       IMO INDUSTRIES, INC.
GENERAL ELECTRIC COMPANY                   INGERSOLL-RAND COMPANY
9
OWENS-ILLINOIS, INC.                       DOES 1-800
PARKER-HANNIFIN CORPORATION
10

11

ALTERNATE ENTITY

12
CROWN CORK & SEAL COMPANY,      MUNDET CORK COMPANY
    INC.
13

14
FOSTER WHEELER LLC              FOSTER WHEELER CORPORATION

15
GARLOCK SEALING                 GARLOCK, INC.
    TECHNOLOGIES, LLC           COLTEC INDUSTRIES, INC.
16                              FAIRBANKS-MORSE
                                FAIRBANKS MORSE ENGINES
17                              BELMONT PACKING & RUBBER CO.
                                GARLOCK PACKING CO.
18                              U.S. GASKET CO.
                                GOODRICH CORPORATION
19                              ENPRO INDUSTRIES, INC.

20
GENERAL ELECTRIC COMPANY        MATTERN X-RAY
                                HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED
21                              TRUMBULL ELECTRIC MANUFACTURING COMPANY
                                G E INDUSTRIAL SYSTEMS
22                              CURTIS TURBINES
                                PARSONS TURBINES
23                              GENERAL ELECTRIC JET ENGINES

24
UNIROYAL HOLDING, INC.          UNIROYAL, INC.

25
///

26
///

27
///

28
                                                           EXHIBIT B

K.\Insured\103122\cmp-pip.wpd

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

EXHIBIT B (cont'd.)

ALTERNATE ENTITY

RILEY POWER, INC.
 
BABCOCK BORSIG POWER, INC.
DB RILEY, INC.
RILEY STOKER CORPORATION
BADENHAUSEN
UNION IRON WORKS
UNION IRON WORKS OF SPOKANE, WA

VIACOM, INC.

CBS CORPORATION
WESTINGHOUSE ELECTRIC CORPORATION
WESTINGHOUSE ELECTRIC AND
 MANUFACTURING COMPANY
B.F. STURTEVANT
KPIX TELEVISION STATION
PARAMOUNT COMMUNICATIONS, INC.

IMO INDUSTRIES, INC.

TRANSAMERICA DELAVAL, INC.
ENTERPRISE ENGINE & MACHINERY CO.
DE LAVAL STEAM TURBINE, INC.
DELAVAL STEAM TURBINE
DELAVAL INDUSTRIES INC.
DE LAVAL TURBINE, INC.
GENERAL METALS CORPORATION

INGERSOLL-RAND COMPANY

INGERSOLL-DRESSER PUMP
DRESSER-RAND CO.
PACIFIC PUMP WORKS
FLOWSERVE CORPORATION
INGERSOLL ROCK DRILL COMPANY
TERRY STEAM TURBINE CO.
RAND DRILL COMPANY
RAND & WARING DRILL AND COMPRESSOR COMPANY
INGERSOLL-SERGEANT
SCHLAGE LOCK COMPANY
VON DUPRIN
THE TORRINGTON COMPANY
BLAW-KNOX COMPANY

EXHIBIT B-1

DEFENDANTS

HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
DOES 1-800; DOES 1001-2000

///

///

EXHIBITS B, B-1

K:\Insured\103127\cmp-pip.wpd

11

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

<u>EXHIBIT B-1 (cont'd.)</u>

2

<u>ALTERNATE ENTITY</u>

3  J.T. THORPE & SON, INC.                    THE THORPE COMPANY
                                             THORPE PRODUCTS CO.
4                                            J.T. THORPE NORTHWEST

5

6

7                                            <u>EXHIBIT C</u>

8  <u>DEFENDANTS</u>

9  SHELL OIL COMPANY                          THORPE INSULATION COMPANY
   CHEVRON PRODUCTS COMPANY                   WESTERN MacARTHUR COMPANY
10 HOPEMAN BROTHERS, INC.                     MacARTHUR COMPANY
   J.T. THORPE & SON, INC.                    WESTERN ASBESTOS COMPANY
11 PLANT INSULATION COMPANY                   DOES 1001-2000

12                                           <u>ALTERNATE ENTITY</u>

13 CHEVRON PRODUCTS COMPANY                   CHEVRON U.S.A. PRODUCTS COMPANY
                                             CHEVRON CORPORATION PRODUCTS COMPANY
14                                           CHEVRON CORPORATION
                                             CHEVRON OIL REFINERY
15                                           CHEVRON CHEMICAL COMPANY
                                             WILSHIRE OIL
16                                           STANDARD OIL COMPANY OF CALIFORNIA
                                             STANDARD OIL COMPANY OF CALIFORNIA,
17                                             WESTERN OPERATIONS, INC.
                                             GULF OIL COMPANY
18                                           GULF OIL OF CALIFORNIA
                                           ` GULF OIL CORPORATION
19                                           GULF OIL PRODUCTS COMPANY
                                             CHEVRON RESEARCH AND
20                                             TECHNOLOGY
                                             PACIFIC OIL REFINING
21                                           PACIFIC REFINING CO.
                                             SEQUOIA REFINING CORP.
22                                           CHEVRON U.S.A., INC.
                                             CHEVRON U.S.A. PRODUCTS, INC.
23

24 PREMISES OWNER
   <u>DEFENDANTS</u>                             <u>LOCATION</u>              <u>TIME PERIOD</u>
25
   SHELL OIL COMPANY                    Shell Oil Refinery, Martinez, CA    1976-1979
26

27 ///

28 ///                                                             EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1    <u>EXHIBIT C (cont'd.)</u>

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| CHEVRON PRODUCTS COMPANY | Standard Oil, Richmond, CA | 1957-1974; 1974-1976; 1976-1979; 1979-1985 |

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| HOPEMAN BROTHERS, INC. | Mare Island Naval Shipyard- Vallejo, CA | 1/01/42-1952 |
| | Federal Shipbuilding & Drydock- Kearny, NJ | 1952 |
| | Newport News Shipbuilding & Drydock-Newport News, VA | 12/31/88 |
| J.T. THORPE & SON, INC. | Various | Various |
| PLANT INSULATION COMPANY | Various | Various |
| THORPE INSULATION COMPANY | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1                                    EXHIBIT H

2   DEFENDANTS

3   METROPOLITAN LIFE INSURANCE COMPANY        STUART-WESTERN, INC.
    PNEUMO ABEX LLC                            RITESET MANUFACTURING COMPANY
4   BORGWARNER MORSE TEC, INC.                 ASBESTOS MANUFACTURING COMPANY
    HONEYWELL INTERNATIONAL, INC. (successor-in-   FIBRE & METAL PRODUCTS COMPANY
5       interest to ALLIEDSIGNAL, INC.)        LASCO BRAKE PRODUCTS
    THE BUDD COMPANY                           L.J. MILEY COMPANY
6   DAIMLERCHRYSLER CORPORATION                ROSSENDALE-RUBOIL COMPANY
    DANA CORPORATION                           SOUTHERN FRICTION MATERIALS COMPANY
7   FORD MOTOR COMPANY                         U.S. SPRING & BUMPER COMPANY
    GENERAL MOTORS CORPORATION                 AUTO FRICTION CORPORATION
8   BRIDGESTONE/FIRESTONE                      EMSCO ASBESTOS COMPANY
        NORTH AMERICAN TIRE, LLC               FORCEE MANUFACTURING CORPORATION
9   LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.    MOLDED INDUSTRIAL FRICTION CORPORATION
    MAREMONT CORPORATION                       NATIONAL TRANSPORT SUPPLY, INC.
10  MORTON INTERNATIONAL, INC.                 SILVER LINE PRODUCTS, INC.
    PARKER-HANNIFIN CORPORATION                STANDCO, INC.
11  STANDARD MOTOR PRODUCTS, INC.              UNIVERSAL FRICTION MATERIALS COMPANY
    GATKE CORPORATION                          WHEELING BRAKE BLOCK  MANUFACTURING
12  GARLOCK SEALING TECHNOLOGIES, LLC             COMPANY
    BRASSBESTOS BRAKE LINING COMPANY           OWENS-ILLINOIS, INC.
13  H. KRASNE MANUFACTURING COMPANY            BELL ASBESTOS MINES LTD.
    AUTO SPECIALTIES MANUFACTURING COMPANY     DOES5000-8000

14

15

16

17                                   EXHIBIT I

18  DEFENDANTS

19  METROPOLITAN LIFE INSURANCE COMPANY
    OWENS-ILLNOIS, INC.
20  PNEUMO ABEX LLC
    GATKE CORPORATION
21  GARLOCK SEALING TECHNOLOGIES, LLC
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
22  UNDERWRITERS LABORATORIES, INC.
    DOES5000-7500
23

24

25

26

27

28                                                        EXHIBITS H, I

    COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

ENDORSED
F I L E D
San Francisco County Superior Court

JUN 1 2006

GORDON PARK-LI, Clerk
BY CRISTINA E. BAUTISTA
CASE MANAGEMENT CONFERENCE Clerk

6

7

8              SUPERIOR COURT OF CALIFORNIA JUN 1 2007 -1:30PM

9              COUNTY OF SAN FRANCISCO DEPARTMENT 206

10

11  ROBERT GARRITANO,                    )    No.
                                         )    CGC-06-452792
12         Plaintiff,                    )
                                         )    PRELIMINARY FACT SHEET/NEW
13  vs.                                  )    FILING/ASBESTOS LITIGATION
                                         )
14  ASBESTOS DEFENDANTS (B❖P)            )
                                         )
15  ─────────────────────────────       )    (See General Order No. 129, In Re:
                                              Complex Asbestos Litigation)
16

17                              NOTICE

18  TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
    SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
19  SAN FRANCISCO

20         You have been served with process in an action which has been designated by the Court
    as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration. This
21  litigation bears the caption "In Re: Complex Asbestos Litigation", [San Francisco Superior
    Court No. 828684].
22
           This litigation is governed by various general orders, some of which affect the judicial
23  management and/or discovery obligations, including the responsibility to answer interrogatories
    deemed propounded in the case. You may contact the Court or Designated Defense Counsel,
24  Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
    (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
25  your expense.

26  1. State the complete name and address of each person whose claimed exposure to asbestos is

27  the basis of this lawsuit ("exposed person"): Robert Garritano, 6701 West 146th Terrace, Apt.

28  #1205, Overland Park, Kansas 66223.

   K:\Injured\103127\cmp-facts.wpd                    1
   PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four

2   months?          _____ Yes                    __X__ No

3   [If yes, the action will be governed by General Order No. 140; if no, the action will be governed

4   by General Order No. 129.]

5   3. Date of birth of each exposed person in item one and, if applicable, date of death:

6           Date of Birth:  ███████

7           Date of Death:  ___N/A___

8   Social Security Number of each exposed person:

9               ██████████

10  4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

11      __X__ Asbestosis              _____ Mesothelioma

12      _____ Pleural Thickening/Plaques        _____Other Cancer:  Specify: _____

13      _____ Lung Cancer Other Than Mesothelioma      _____ Other:  Specify: _____

14  5. For purposes of identifying the nature of exposure allegations involved in this action, please

15  check one or more:

16      __X__ Shipyard          _____ Construction          _____ Friction-Automotive

17      _____ Premises         _____ Aerospace            _____ Military

18      __X__ Other:  Specify all that apply:  ____Industrial/Refinery____

19  If applicable, indicate which exposure allegations apply to which exposed person.

20  6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known,

21  provide the beginning and ending year(s) of each such exposure.  Also specify each exposed

22  person's employer and job title or job description during each period of exposure.  (For example:

23  "San Francisco Naval Shipyard - Pipefitter - 1939-1948").  Examples of locations of exposure

24  might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

25  descriptions such as "merchant marine" or "construction".  If an exposed person claims exposure

26  during only a portion of a year, the answer should indicate that year as the beginning and ending

27  year (e.g., 1947-1947).

28  ///

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Navy | Naval Training Center Great Lakes, IL | Trainee | 1950 |
| | U.S.S. GENERAL GEORGE M. RANDALL (AP-115); Mare Island Naval Shipyard, Vallejo, CA | Fireman | 1951-1952 |
| | U.S.S. HORNET (CVA-12); Brooklyn Naval Shipyard, Brooklyn, NY | Boiler Operator | 1953 |
| | U.S.S. LAKE CHAMPLAIN (CVA-39) | Boiler Operator | 1954 |
| Crosby Valve and Gauge Wrentham, MA | Crosby Valve and Gauge Wrentham, MA | Service Technician | 1957-1974 |
| | Chevron (Standard) Richmond, CA | | |
| | Mobil Oil Joliet, Illinois | | |
| | Standard Oil of Ohio Lima, Ohio | | |

(Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

7. For each exposed person who:

a. worked in the United States or for a U.S. agency outside the territorial United States, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

b. may have had a Social Security disability award or is no longer employed and whose last employment was not with a United States government agency, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Disability authorization (Exhibit N-5 to General Order No. 129);

c. served at any time in the United States military, attach to the copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit N-3 to General Order No. 129);

1        d.  was employed by the United States government in a civilian capacity, attach to the

2    copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3    the stipulation (Exhibit N-3 to General Order No. 129).

4    8.  If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5    Defense Counsel a copy of the death certificate, if available.  If an autopsy report was done, also

6    attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7    9.  State the date of the filing of the initial complaint in this matter:

8    <u>June 1, 2006</u>

9                               By: _____

10                                    Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Crosby Valve and Gauge Wrentham, MA (cont'd.) | Standard Oil Joliet, Illinois | Service Technician | 1957-1974 |
| | Murphy Oil, Superior, WI | | |
| | Rail Road Turnaround, Chicago, IL | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Sugar Creek, MO | | |
| | Lion Oil Company El Dorado, AR | | |
| | Clark Oil Blue Island, IL | | |
| | Amoco Oil Whiting, IL | | |
| | Marathon Oil Co. Detroit, MI | | |
| | Koch Refinery St. Paul, MN | | |
| | Marathon Oil Co. St. Paul Park, MN | | |
| | U.S. Steel Gary, Indiana | | |
| | Masonite Corp. Laurel, MS | | |
| | Union Carbide, Address unknown | | |
| | Various ships at Dafoe Shipbuilding Bay City, MI including but not limited to: | | |
| | HMAS PERTH (Australian Navy) | | |
| | HMAS HOBART (Australian Navy) | | |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Protectoseal Co. Chicago, IL | Protectoseal Co. Chicago, IL | Sales Manager | 1974-1976 |
| | Standard Oil Sugar Creek, MO | | |
| | Exxon Refinery, Baton Rouge, LA | | |
| | Citgo Petroleum Corp. Lake Charles, LA | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Owens-Illinois Glass Alton, IL | | |
| | Dow Chemical East St. Louis, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Lemont Refining, Lemont, IL | | |
| | Chevron (Standard) Richmond, CA | | |
| Fike Metal Products Blue Springs, Missouri | Fike Metal Products Blue Springs, Missouri | Sales Manager | 1976-1979 |
| | Exxon Baton Rouge, LA | | |
| | Standard Oil Sugar Creek, MO | | |
| | Shell Oil Martinez, CA | | |
| | Mobil Chickasaw, AL | | |
| | Shell Chemical Saraland, AL | | |
| | Lion Oil Company El Dorado, AR | | |

K:\Unsured\103122\emp-facus.wpd

6

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Chevron (Standard) Richmond, CA | Sales Manager | 1976-1979 |
| | Lemont Refining Lemont, IL | | |
| | Clark Oil Blue Island, IL | | |
| | Shell Oil Wood River, IL | | |
| | Unknown location, Mount Vernon, IL | | |
| | Amoco Whiting, Indiana | | |
| | El Dorado Refining Co. El Dorado, KS | | |
| | Farmland Industries Inc., Coffeyville, KS | | |
| | Continental Oil, Westlake, LA | | |
| | Marathon Oil Garyville, LA | | |
| | Citgo Petroleum Corp., Lake Charles, LA | | |
| | Marathon Oil Detroit, MI | | |
| | Koch Oil St. Paul, MN | | |
| | Marathon Oil St. Paul Park, MN | | |
| | Standard Oil of Ohio Lima, Ohio | | |
| | Phillips 66 Co. Kuparuk (Anchorage), AK | | |
| | Chevron (Standard Oil) Honolulu, HI | | |

7

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Fike Metal Products Blue Springs, Missouri (cont'd.) | Dow Chemical East St. Louis, IL | Sales Manager | 1976-1979 |
| | Owens-Illinois Glass Alton, IL | | |
| | Irwin Chemical Co. Des Moines, Iowa | | |
| | USI Chemical Co. Clinton, Iowa | | |
| Crane Valves Nuclear Division Atlanta, GA | Crane Valves Atlanta, GA | Sales Manager (Regional) | 1979-1985 |
| | Crystal River Powerhouse (Florida Power & Light Co.) FL; Turkey Point Powerhouse (Florida Power & Light Co.) Homestead, FL; St. Lucie Powerhouse (Florida Power & Light) FL | | |
| | Duke Power Oconee Nuclear Powerhouse, Seneca, SC | | |
| | Mississippi Power and Light | | |
| | Alabama Power and Light | | |
| | Texas Utility | | |
| | Chevron Richmond, CA | | |
| | Shell Oil Wood River, IL | | |
| | Standard Oil Joliet, Illinois | | |
| | Mobil Oil Joliet, IL | | |
| | Browns Ferry Nuclear Power Plant (TVA) Athens, AL | | |

K:\Injured\103122\cmp-facts.wpd

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

5

SUM-100

# SUMMONS
## *(CITATION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASBESTOS DEFENDANTS (B✛P)
]As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500;
**and SEE ATTACHED LIST.**

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ROBERT GARRITANO

---

You have 30 **CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA  94102

**CASE NUMBER:**
*(Número del Caso):*
CGC-06-452792

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON✛PURCELL LLP
222 Rush Landing Road,  Novato, CA  94948-6169                    (415) 898-1555

GORDON PARK-LI

DATE: JUN 1 2006                 Clerk, by **CRISTINA BAUTISTA**, Deputy
*(Fecha)*                         *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60(minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association of partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

1

2

3    AMERICAN STANDARD, INC.
     AQUA-CHEM, INC.
4    ASBESTOS CORPORATION LIMITED
     CROWN CORK & SEAL COMPANY, INC.
5    THOMAS DEE ENGINEERING CO., INC.
     DURABLA MANUFACTURING COMPANY, INC.
6    THE GOODYEAR TIRE & RUBBER COMPANY
     FOSTER WHEELER LLC
7    GARLOCK SEALING TECHNOLOGIES, LLC
     GENERAL REFRACTORIES
8    GENERAL ELECTRIC COMPANY
     OWENS-ILLINOIS, INC.
9    PARKER-HANNIFIN CORPORATION
     PLANT INSULATION COMPANY
10   QUINTEC INDUSTRIES, INC.
     RAPID-AMERICAN CORPORATION
11   RILEY POWER INC.
     THORPE INSULATION COMPANY
12   UNIROYAL HOLDING, INC.
     VIACOM, INC.
13   WESTERN MacARTHUR COMPANY
     MacARTHUR COMPANY
14   WESTERN ASBESTOS COMPANY
     IMO INDUSTRIES, INC.
15   INGERSOLL-RAND COMPANY
     HOPEMAN BROTHERS, INC.
16   J.T. THORPE & SON, INC.
     SHELL OIL COMPANY
17   CHEVRON PRODUCTS COMPANY
     METROPOLITAN LIFE INSURANCE COMPANY
18   GATKE CORPORATION
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
19   UNDERWRITERS LABORATORIES, INC.
     PNEUMO ABEX LLC
20   and DOES 1-8500,

21        Defendants.

22

23

24

25

26   Robert Garritano vs. Asbestos Defendants (B❖P)
27   San Francisco Superior Court

28

ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**PROOF OF SERVICE**

1

2          I am a citizen of the United States and am employed in the County of Sacramento.  I am over
the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite
3    240, Sacramento, California 95814.

4          I am familiar with the business practice at my place of business for collection and processing
of documents for mail.  Documents so collected and processed, with postage fully prepaid, will be
5    deposited with the United States Postal Service that same day in the ordinary course of business.

6          On **August 13, 2007,** I served the following document(s):

7    **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1442(a)1
AND 1446(a)**

8

9    On all interested parties in said cause, by delivering a true copy as follows:

10    **X**      **BY MAIL** I placed a true copy thereof enclosed in a sealed envelope with postage thereon
fully prepaid.  I deposited said envelope in the United States mail in Sacramento, California.
C.C.P. §1013(a)(b)

11

12          **BY PERSONAL SERVICE** I placed a true copy thereof enclosed in a sealed envelope and
caused such envelope to be delivered by hand via _____ to the offices of the
addressed below.  C.C.P. §1011(a)(b)

13

14          **BY OVERNIGHT DELIVERY** I sent a true copy thereof for overnight delivery via
FEDERAL EXPRESS.  C.C.P. §1013(c)(d)

15    Each envelope (if applicable) was addressed as follows:

16    Mr. David Donadio
**BRAYTON PURCELL, LLP**
17    222 Rush Landing Road
P.O. Box 6169
18    Novato, California 94948-6169

19

20          I declare under penalty of perjury under the laws of the State of California, that the foregoing
is true and correct, and that this declaration was executed on **August 13, 2007,** at Sacramento,
California.

21

22                                                  Lucille T. Crozier

23

24

25

26

27

28

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

*Arikawa*

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ROBERT GARRITANO, | ASBESTOS DEFENDANTS, et al. |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *UNKNOWN*<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED. |
| **(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Whitney A. Davis,Charter Davis, LLP, 1730 I Street, Ste. 240,<br>Sacramento, CA 95814 | ATTORNEYS (IF KNOWN)<br>David R. Donadio, Brayton Purcell, P.O. Box 6169, Novato, CA<br>94948-6169 |

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF

(For diversity cases only)                                    AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place<br>of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☑2 | ☐2 | Incorporated and Principal Place<br>of Business in Another State | ☐5 | ☑5 |
| Citizen or Subject of a<br>Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ Original
Proceeding

☑ Removed from
State Court

☐ Remanded from
Appellate Court

☐ Reinstated or
Reopened

☐ Transferred from
Another district
(specify)

☐ Multidistrict
Litigation

☐ Appeal to District
Judge from Magistrate
Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment<br>& Enforcement of<br>Judgment<br>☐151 Medicare Act<br>☐152 Recovery of Defaulted<br>Student Loans (Excl<br>Veterans)<br>☐153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐160 Stockholders Suits<br>☐190 Other Contract<br>☐195 Contract Product Liability<br>☐196 Franchise | **PERSONAL INJURY**<br>☐310 Airplane<br>☐315 Airplane Product<br>Liability<br>☐320 Assault Libel &<br>Slander<br>☐330 Federal Employers<br>Liability<br>☐340 Marine<br>☐345 Marine Product<br>Liability<br>☐350 Motor Vehicle<br>☐355 Motor Vehicle<br>Product Liability<br>☐360 Other Personal Injury | **PERSONAL INJURY**<br>☐362 Personal Injury<br>Med Malpractice<br>☐365 Personal Injury<br>Product Liability<br>☑368 Asbestos Personal<br>Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐370 Other Fraud<br>☐371 Truth in Lending<br>☐380 Other Personal<br>Property Damage<br>☐385 Property Damage<br>Product Liability | ☐610 Agriculture<br>☐620 Other Food & Drug<br>☐625 Drug Related Seizure of<br>Property 21 USC 881<br>☐630 Liquor Laws<br>☐640 RR & Truck<br>☐650 Airline Regs<br>☐660 Occupational<br>Safety/Health<br>☐690 Other<br>**LABOR**<br>☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt Relations<br>☐730 Labor/Mgmt Reporting &<br>Disclosure Act<br>☐740 Railway Labor Act<br>☐790 Other Labor Litigation<br>☐791 Empl.Ret. Inc. Security<br>Act | ☐422 Appeal 28 USC 158<br>☐423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐820 Copyrights<br>☐830 Patent<br>☐840 Trademark<br><br>**SOCIAL SECURITY**<br>☐861 HIA (1395ff)<br>☐862 Black Lung (923)<br>☐863 DIWC/DIWW (405(g))<br>☐864 SSID Title XVI<br>☐865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐870 Taxes (US Plaintiff or<br>Defendant<br>☐871 IRS - Third Party<br>26 USC 7609 | ☐400 State Reapportionment<br>☐410 Antitrust<br>☐430 Banks and Banking<br>☐450 Commerce/ICC Rates/etc.<br>☐460 Deportation<br>☐470 Racketeer Influenced and<br>Corrupt Organizations<br>☐480 Consumer Credit<br>☐490 Cable/Satellite TV<br>☐810 Selective Service<br>☐850 Securities/Commodities/<br>Exchange<br>☐875 Customer Challenge<br>12 USC 3410<br>☐891 Agricultural Acts<br>☐892 Economic Stabilization<br>Act<br>☐893 Environmental Matters<br>☐894 Energy Allocation Act<br>☐895 Freedom of Information<br>Act<br>☐900 Appeal of Fee<br>Determination Under<br>Equal Access to Justice<br>☐950 Constitutionality of State<br>Statutes<br>☐890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐210 Land Condemnation<br>☐220 Foreclosure<br>☐230 Rent Lease & Ejectment<br>☐240 Torts to Land<br>☐245 Tort Product Liability<br>☐290 All Other Real Property | ☐441 Voting<br>☐442 Employment<br>☐443 Housing<br>☐444 Welfare<br>☐440 Other Civil Rights<br>☐445 Amer w/ disab.- Empl<br>☐446 Amer w/ disab.- Other | ☐510 Motion to Vacate<br>Sentence Habeas Corpus:<br>☐530 General<br>☐535 Death Penalty<br>☐540 Mandamus & Other<br>☐550 Civil Rights<br>☐555 Prison Condition |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

COMPLAINT FOR PERSONAL INJURY - ASBESTOS -- 28 U.S.C. Section 1442(a)(1).

## VII. REQUESTED IN COMPLAINT:  ☐ CHECK IF THIS IS A CLASS ACTION   DEMAND $_____  CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23                                                                          JURY DEMAND:☐ YES ☐ NO

## VIII. RELATED CASE(S)      PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
IF ANY                "NOTICE OF RELATED CASE".                                            *NONE*

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)          ☑ SAN FRANCISCO/OAKLAND          ☐ SAN JOSE

DATE    8/13/07          SIGNATURE OF ATTORNEY OF RECORD          BY FAX