UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GARRITANO

        Plaintiff(s),

v.

ASBESTOS DEFENDANT (BP)

        Defendant(s).

No. C 07-4155 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 17, 2007

Signature: _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")