**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GARRITANO,

        Plaintiff,

    v.

ASBESTOS DEFENDANTS, et al.,

        Defendants.

_____/

No. C-07-04155 EDL

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**     (1)     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for November 20, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: August 20, 2007

                                   Richard W. Wieking, Clerk
                                   United States District Court

                                   By: Lili M. Harrell
                                   Deputy Clerk