ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., SB #55677
BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARRITANO, | No. C-07-4155 CW (Oakland) |
| Plaintiff, | STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
| vs. | |
| ASBESTOS DEFENDANTS (B*P) As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between plaintiff ROBERT GARRITANO and defendant VIAD CORP, and THE DIAL CORPORATION, individually and as alleged successors-in-interest to Griscom-Russell Company (hereinafter "VIAD"), by and through their respective counsel, as follows:

1. This asbestos personal injury action was originally filed in Superior Court of California, County of San Francisco (the "State Court"), Case Nos. CGC-06-452792 (the "State Action"), in which the plaintiff alleged various claims against defendant VIAD, amongst others.

2. Defendant VIAD filed its Notice of Removal of the State Action on August 13, 2007 pursuant to 28 U.S.C. Section 1442(a)(1).

3. After mutual review, discussion and analysis of this action, the parties agree that remand to the State Court is appropriate at this time.

4. This Court may immediately remand this matter to the California Superior Court, County of San Francisco.

Dated: 8-27-07

CHARTER DAVIS, LLP

For / By: _____
Whitney A. Davis
Attorneys for Defendant
VIAD Corp, and THE DIAL CORPORATION, individually and as alleged successor-in-interest to Griscom-Russell Company

Dated: 8/27/07

BRAYTON❖PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

This case is REMANDED to the Superior Court of California, County of San Francisco, Case. No. CGC 06-452792. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco and that Court may thereupon proceed with the case.

Dated: _____

CLAUDIA WILKINS
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On August 27, 2007, I served the attached:

**STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY FO SAN FRANCISCO**
**Robert Garritano v. Asbestos Defendants (VIAD CORP/DIAL CORP. Removing Defs)**
**USDC No. C07-4155 CW**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

VIAD CORP/DIAL CORP.
c/o Whitney A. Davis, Esq.
CHARTER ❖ DAVIS LLP
1730 I Street, Ste. 240
Sacramento, CA 95814
(916) 448-9000 Phone
(916) 448-9009 Fax

XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **August 27, 2007** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Robert Garritano v. Asbestos Defs.
SFSC # CGC-452792

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555