**ORIGINAL**

FILED

2007 AUG 29 PM 12: 21

CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WHITNEY A. DAVIS, SBN 149523
   **CHARTER DAVIS, LLP**
2  Attorneys at Law
   1730 I Street, Suite 240
3  Sacramento, California 95814
   P.O. Box 15408
4  Sacramento, CA 95851
   Telephone:    (916) 448-9000
5  Facsimile:    (916) 448-9009
   *email: wad@charter-davis.com*
6
   Attorneys for Defendants VIAD CORP,
7  and THE DIAL CORPORATION, individually
   and as alleged successors-in-interest to
8  GRISCOM-RUSSELL COMPANY

9              UNITED STATES DISTRICT COURT                BY FAX

10   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12  ROBERT GARRITANO,                    )   Federal Case No.  **C07 4155 CW**
                                         )
13              Plaintiff,               )   State Case No. **CGC 06-452792**
                                         )
14       v.                              )   **PROOF OF SERVICE RE ORDER**
                                         )   **TEMPORARILY STAYING ACTION**
15  ASBESTOS DEFENDANTS (B✢P) As         )
    Reflected on Exhibits B, B-1, C, H, I; and )
16  DOES 1-8500.                         )
                                         )
17              Defendants.              )
                                         )
18  ─────────────────────────────────── )

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                          1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GARRITANO,

          Plaintiff,

    v.

ASBESTOS DEFENDANTS (B-P), et al.,

          Defendants.

_____/

No. C 07-04155 CW

ORDER TEMPORARILY
STAYING ACTION

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

    **Removing Defendant shall serve on all other parties a copy of this Order.**

Dated:  8/24/07

                       CLAUDIA WILKEN
                       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1

## PROOF OF SERVICE

2

I am a citizen of the United States and am employed in the County of Sacramento.  I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street,

3
Suite 240, Sacramento, California 95814.

4

I am familiar with the business practice at my place of business for collection and processing of documents for mail.  Documents so collected and processed, with postage fully

5
prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

6

On **August 28, 2007,** I served the following document(s):

7

8

## ORDER TEMPORARILY STAYING ACTION

9

On all interested parties in said cause, by delivering a true copy as follows:

10

**BY MAIL:** I placed a true copy thereof enclosed in a sealed envelope with postage

11
thereon fully prepaid.  I deposited said envelope in the United States mail in Sacramento, California.  C.C.P. §1013(a)(b)

12

**BY PERSONAL SERVICE:** I placed a true copy thereof enclosed in a sealed envelope

13
and caused such envelope to be delivered by hand via _____to the offices of the addressed below.  C.C.P. §1011(a)(b)

14

**BY OVERNIGHT DELIVERY:** I sent a true copy thereof for overnight delivery via

15
FEDERAL EXPRESS.  C.C.P. §1013(c)(d)

16
X    **BY ELECTRONIC SERVICE:** I sent a true copy thereof via LexisNexis.  CCP § 1010.6(a)(2)(B)(6)

17
David Donadio, Esq.
**BRAYTON PURCELL, LLP**

18
222 Rush Landing Road
P.O. Box 6169

19
Novato, California 94948-6169
*Attorneys for Plaintiff*

20

21
and

22
## ALL OTHER PARTIES IN THIS ACTION

23
I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on **August 28, 2007,** at

24
Sacramento, California.

25
/s/ Lucille T. Crozier

26

27

28

2