1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., SB #55677
   BRAYTON❖PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555
   (415) 898-1247 Fax
6
   Attorneys for Plaintiff
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12
   ROBERT GARRITANO,                    )   No. C-07-4155 CW (Oakland)
13                                      )
              Plaintiff,                )   STIPULATION AND ORDER
14                                      )   REMANDING CASE TO SUPERIOR
   vs.                                  )   COURT OF CALIFORNIA, COUNTY OF
15                                      )   SAN FRANCISCO
   ASBESTOS DEFENDANTS (B*P) As         )
16 Reflected on Exhibits B, B-1,C, H, I; and  )
   DOES 1-8500,                         )
17                                      )
              Defendants                )
18

19

20         IT IS HEREBY STIPULATED by and between plaintiff ROBERT GARRITANO

21 and defendant VIAD CORP, and THE DIAL CORPORATION, individually and as alleged

22 successors-in-interest to Griscom-Russell Company (hereinafter "VIAD"), by and through their

23 respective counsel, as follows:

24     1. This asbestos personal injury action was originally filed in Superior Court of

25 California, County of San Francisco (the "State Court"), Case Nos. CGC-06-452792 (the "State

26 Action"), in which the plaintiff alleged various claims against defendant VIAD, amongst others.

27     2. Defendant VIAD filed its Notice of Removal of the State Action on August 13, 2007

28 pursuant to 28 U.S.C. Section 1442(a)(1).

3. After mutual review, discussion and analysis of this action, the parties agree that remand to the State Court is appropriate at this time.

4. This Court may immediately remand this matter to the California Superior Court, County of San Francisco.

Dated: _____  CHARTER DAVIS, LLP

By: _____
Whitney A. Davis
Attorneys for Defendant
VIAD Corp, and THE DIAL CORPORATION, individually and as alleged successor-in-interest to Griscom-Russell Company

Dated: _____  BRAYTON❖PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

This case is REMANDED to the Superior Court of California, County of San Francisco, Case. No. CGC 06-452792. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco and that Court may thereupon proceed with the case.

Dated: 9/5/07   _/s/ Claudia Wilken_
CLAUDIA WILKEN
United States District Judge