**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 6, 2007

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-04155 CW    Garritano-v-Asbestos Defendants (B-P), et al.
     **Your Case Number: (CGC 06-452792)**

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Clara Pierce
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg