**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 6, 2007

**ENDORSED**
**FILED**
San Francisco County Superior Court

SEP 1 0 2007

GORDON PARK-LI, Clerk
BY: _MAURA C. RAMIREZ_
Deputy Clerk

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-04155 CW    Garritano-v-Asbestos Defendants (B-P), et al.
    Your Case Number: (CGC 06-452792)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg